# UNITED STATES DISTRICT COURT
for the District of Colorado

| | |
|---|---|
| Harold Sanderson,<br>    *Plaintiff*<br><br>            v.<br><br><br><br>Experian Information Solutions, Inc.<br>Equifax Information Services, LLC,<br>Trans Union, LLC,<br>Liberty Federal Savings Bank,<br>    *Defendants* | )<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To:

Experian Information Solutions, Inc.  
475 Anton Boulevard  
Costa Mesa, CA 92626  

Equifax Information Services, LLC  
1550 Peachtree St. NW  
Atlanta, GA 30309  

Trans Union, LLC  
555 W. Adams St.  
Chicago, IL 60661  

Liberty Federal Savings Bank  
314 Park Avenue  
Ironton, OH 45638  


      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW R. OSBORNE  
ATTORNEY FOR PLAINTIFF  
2055 SOUTH ONEIDA STREET, SUITE 370  
DENVER, COLORADO 80224  


      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF THE COURT*

Date: _____            _____

*Signature of Clerk or Deputy Clerk*