IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01630-WYD-KLM

HAROLD SANDERSON,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC, and
TRANS UNION LLC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Experian Information Solutions, Inc.'s unopposed **Motion for Leave to Appear at Rule 16 Scheduling Conference Via Telephone** [#18] and on Defendant Trans Union LLC's **Unopposed Motion to Appear Telephonically at the Scheduling and Planning Conference** [#23] (collectively, the "Motions").

    IT IS HEREBY **ORDERED** that the Motions [#18, #23] are **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that counsel for Defendants Experian Information Solutions, Inc. and Trans Union LLC may appear by telephone at the Scheduling Conference on October 21, 2014 at 11:00 a.m. by dialing the Court at **303-335-2770**.  They must initiate a conference call between themselves before dialing the Court.

    Dated:  October 16, 2014