IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01630-WYD-KLM

HAROLD SANDERSON,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION LLC, and
LIBERTY SAVINGS BANK, F.S.B.,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff and Defendant Liberty Savings Bank, F.S.B.'s **Joint Motion to Amend Scheduling Order Deadlines** [#55] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#55] is **GRANTED**. The discovery deadline is extended to **July 1, 2015**. The dispositive motions deadline is extended to **July 30, 2015**.

    In the Motion, Plaintiff asserts that the claims against Defendant Trans Union LLC have been resolved. *Motion* [#55] at 2. However, a Notice of Settlement [#55] has not been filed with respect to this Defendant. Regardless, the Court construes Plaintiff's statement in the Motion as a notice of settlement as to Defendant Trans Union LLC. Accordingly,

    IT IS FURTHER **ORDERED** sua sponte that, **on or before May 11, 2015**, the parties shall file dismissal papers with respect to the claims against Defendant Trans Union LLC.

    IT IS FURTHER **ORDERED** sua sponte that Defendant Trans Union LLC is exempt from participating in the Settlement Conference set for April 27, 2015.

    Dated: April 13, 2015