IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01630-WYD-KLM

HAROLD SANDERSON,

     Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION LLC, and
LIBERTY SAVINGS BANK, F.S.B.,

     Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate Order of April 22, 2013 (Doc. 60) and Re-Set Settlement Conference for April 27, 2015** [#61] (the "Motion"). Plaintiff asks the Court to reinstate a settlement conference which the Court vacated because of Plaintiff's confusion and misstatements about the status of settlement efforts in the case. *See Order* [#60]. Plaintiff asserts that vacating the settlement conference "will impose significant burdens on the parties." However, Plaintiff admits that he has not reached a final settlement with Defendant TransUnion LLC and asks the Court to "excuse" TransUnion from participating in the settlement conference.

     IT IS HEREBY **ORDERED** that the Motion [#61] is **DENIED**. The Court's Order vacating the settlement conference was due entirely to Plaintiff's counsel's carelessness, manifested by his filing of inconsistent pleadings containing incomplete or inaccurate information about the status of settlement efforts in the case. Proceeding with a settlement conference between Plaintiff and Defendant Liberty Savings Bank, F.S.B. ("Liberty") alone will not be economical or efficient for the Court, because it cannot result in full and final settlement of the case. The Court declines to spend time attempting to steer Plaintiff and Liberty toward a resolution of their dispute under these circumstances. Furthermore, to the extent that the Motion is unopposed, Liberty is apparently anxious to participate in the conference, and the parties seek to avoid "significant burdens" that allegedly will result from not having a settlement conference on April 27, 2015, the Court suggests that the lawyers use the available time and their best professional judgment to try to resolve the case themselves.

     Dated: April 24, 2015