IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01630-WYD-KLM

HAROLD SANDERSON,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES, LLC;
TRANS UNION, LLC; and
LIBERTY FEDERAL SAVINGS BANK,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Joint Stipulation of Dismissal With Prejudice related to Defendant Trans Union, LLC filed May 6, 2015.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal with Prejudice (ECF No. 64) is **APPROVED** and  the claims and causes of action asserted herein by Plaintiff against Defendant Trans Union LLC are **DISMISSED WITH PREJUDICE**, each party to pay their own costs.  Defendant Trans Union LLC shall hereafter be taken off the caption.

Dated:  May 13, 2015

                                                  BY THE COURT:

                                                  s/ Wiley Y. Daniel
                                                  Wiley Y. Daniel
                                                  Senior United States District Judge