IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01630-WYD-KLM

HAROLD SANDERSON,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES, LLC; and
LIBERTY FEDERAL SAVINGS BANK, F.S.B.,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Stipulation for Dismissal of Experian Information Solutions, Inc. and the Stipulation for Dismissal of Liberty Savings Bank, FSB filed May 18, 2014.  After a careful review of the Stipulations and the file, it is

ORDERED that the Stipulation for Dismissal of Experian Information Solutions, Inc. (ECF No. 68) and the Stipulation for Dismissal of Liberty Savings Bank, FSB (ECF No. 69) are **APPROVED** and the claims and causes of action asserted by Plaintiff against Experian Information Solutions, Inc. and Liberty Savings Bank, FSB are **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.  Defendants Experian Information Solutions, Inc. and Liberty Savings Bank, FSB shall hereafter be taken off the caption.

Dated: May 18, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge