IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01630-WYD-KLM

HAROLD SANDERSON,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.

---

### ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the Stipulation for Dismissal of Equifax Information Services LLC filed May 28, 2014.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation for Dismissal of Experian Information Solutions, Inc. (ECF No. 71) is **APPROVED** and the claims and causes of action asserted by Plaintiff against Equifax Information Services LLC are **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.  It is

FURTHER ORDERED that since all Defendants have now been dismissed (*See* ECF Nos. 66 and 70), this case is terminated.

Dated:  May 28, 2015

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Senior United States District Judge